**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-8736-GW-JCx | Date | March 4, 2024 |
|---|---|---|---|
| Title | *Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada, et al. v. Hammond Sheet Metal, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On February 20, 2024, an Order to Show Cause for Lack of Prosecution was issued. Plaintiff was given until March 1, 2024 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

_____ : _____

Initials of Preparer     JG